UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL VARGAS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LONG BEACH, DEDIER REYES, RUDY GARCIA, RICHARD ARMOND, and Does 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-05572-KK-MAR<br><br>[Honorable Kenly Kiya Kato]<br><br>**[PROPOSED]** **ORDER RE STIPULATION FOR CONDITIONAL DISMISSAL AND REQUEST TO VACATE ALL TRIAL AND PRETRIAL DATES**<br><br>Complaint Filed:  July 7, 2023<br>FAC filed: August 30, 2023<br>Trial:         March 2, 2026 |

GOOD CAUSE APPEARING, the Parties' Stipulation for Conditional Dismissal and Request to Vacate All Trial and Pretrial Deadlines is hereby GRANTED. All current trial and pretrial dates and deadlines are hereby conditionally vacated.  No later than November 10, 2025, the parties shall file either (1) a Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii); (2) a Stipulation for an Order of Dismissal under Fed. R. Civ. P. 41(a)(2); or (3) a motion to reopen.  Failure to comply with this Order will result in this action being deemed dismissed as of November 11, 2025.  The Court retains full jurisdiction over this action and this Order shall not prejudice any party.  IT IS SO ORDERED. (JS-6)

Date: 10/20/25

_____
Kenly Kiya Kato
UNITED STATES DISTRICT JUDGE